LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 280413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| STEVEN LEHR, | No. 5:22-cv-1049 MRW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND TWENTY SIX DOLLARS AND 95/00 and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  4/18/23        _____
                                     HON. MICHAEL R. WILNER,
                                     UNITED STATES MAGISTRATE JUDGE